ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                Plaintiff,

      -against-

CLARISSA VASQUEZ and ERIMELDA ALMONTE, Individually, and as officers, directors, shareholders and/or principals of MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT,

and

MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT,

                Defendants.
-----------------------------------------------------------------

RULE 7.1 GENERAL RULES
SOUTHERN DISTRICT

Civil Action No. 07-CV-08856
Hon. Sidney H. Stein

       PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN DISTRICT OF NEW YORK and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

       There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J SPORTS PRODUCTIONS, INC.**

Dated: October 5, 2007
      Ellenville, New York

                                            **J & J SPORTS PRODUCTIONS, INC.**

                                      By:  /s/Julie Cohen Lonstein
                                              JULIE COHEN LONSTEIN, ESQ.
                                              Attorney for Plaintiff
                                              Bar Roll No. JL8521
                                              LONSTEIN LAW OFFICE, P.C.
                                              Office and P.O. Address
                                              1 Terrace Hill : P.O. Box 351
                                              Ellenville, NY  12428
                                              Telephone:  (845) 647-8500
                                               Facsimile:   (845) 647-6277
                                               Email: Info@signallaw.com
                                             *Our File No.  07-4-S02V*