ECF CASE
JUDGE STEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                    Plaintiff,

- against -

CLARISSA VASQUEZ and ERIMELDA ALMONTE, Individually, and as officers, directors, shareholders and/or principals of MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT,

and

MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT,

                    Defendants.
-----------------------------------------------------------------

**MOTION FOR CONTINUANCE**
Civil Action No. 07-CV-8856-SHS-KNF
HON. SIDNEY H. STEIN

Come now plaintiff, J & J SPORTS PRODUCTIONS, INC., and moves this Court for an Order of Continuance to adjourn the Conference from December 14, 2007 at 11:30 a.m. for thirty days (30) in order to give plaintiff sufficient time to complete service of process on the defendants herein.

Respectfully Submitted.

Dated: December 12, 2007
      Ellenville, NY 12428

   /s/ Julie Cohen Lonstein
   JULIE COHEN LONSTEIN, ESQ.
   Attorney for Plaintiff
   Bar Roll No. JL8521
   LONSTEIN LAW OFFICE, P.C.
   1 Terrace Hill : P.O. Box 351
   Ellenville, NY  12428
   Telephone:  (845) 647-8500
   Facsimile:  (845) 647-6277