ECF CASE
JUDGE STEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                    Plaintiff,

- against -

CLARISSA VASQUEZ and ERIMELDA
ALMONTE, Individually, and as officers, directors,
shareholders and/or principals of MARACAS
STEAKHOUSE, INC. d/b/a MARACAS
STEAKHOUSE a/k/a MARACAS RESTAURANT,

and

MARACAS STEAKHOUSE, INC. d/b/a
MARACAS STEAKHOUSE a/k/a MARACAS
RESTAURANT,

                    Defendants.

---

**MOTION FOR CONTINUANCE**
Civil Action No. 07-CV-8856-SHS-KNF
HON. SIDNEY H. STEIN

     Come now plaintiff, J & J SPORTS PRODUCTIONS, INC., and moves this Court for an Order of Continuance to adjourn the Conference from December 14, 2007 at 11:30 a.m. for thirty days (30) in order to give plaintiff sufficient time to complete service of process on the defendants herein.

Respectfully Submitted.

Dated: December 12, 2007
Ellenville, NY 12428

*The Conference is adjourned to Jan. 18, 2008, at 12:00pm. Plt's reminded of Fed.R.Civ.P.4(m).*
SO ORDERED 12/12/07

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

/s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN, ESQ.
Attorney for Plaintiff
Bar Roll No. JL8521
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill : P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277