## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV8856                                                                                    Purchased/Filed: October 12, 2007
STATE OF NEW YORK    UNITED STATES DISTRICT COURT                           SOUTHERN DISTRICT

---

*J & J Sports Productions, Inc. as broadcast licensee of the May 5, 2007 DeLaHoya/Mayweather Program*                                                    Plaintiff

against

*Clarissa Vasquez, et al*                                                                                   Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____November 6, 2007_____, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint, Rule 7.1 Conference Order and Individual Judges' Rules
on
_____Maracas Steakhouse, Inc._____, the
Defendant in this action, by delivering to and leaving with _____Carol Vogt_____,
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___43___   Approx. Wt: ___118___   Approx. Ht: ___5'___
Color of skin: ___White___   Hair color: ___Brown___   Sex: ___F___   Other: _____

Sworn to before me on this

__8th__ day of _____November, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0603169

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                  District of                  New York

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,
                           Plaintiff,
                V.

**SUMMONS IN A CIVIL ACTION**

CLARISSA VASQUEZ and ERIMELDA ALMONTE,
Individually, and as officers, directors, shareholders and/or
principals of MARACAS STEAKHOUSE, INC. d/b/a
MARACAS STEAKHOUSE a/k/a MARACAS
RESTAURANT, and MARACAS STEAKHOUSE, INC.
d/b/a MARACAS STEAKHOUSE a/k/a MARACAS
RESTAURANT,
                           Defendants.

CASE NUMBER:

**'07 CIV 8856**

**JUDGE STEIN**

TO: (Name and address of Defendant)

MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT
143 Sherman Avenue
New York, New York  10033          Our File No. 07-4-S02V

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 12 2007

CLERK                                              DATE

(By) DEPUTY CLERK