**DISTRICT COURT OF THE UNITED STATES**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Trans. #: | 20072631 |
| Date Filed: | 10/12/2007 |
| Docket/Index #: | 07 CIV 8856 |
| Witness Fee: | $0.00 |
| File: No | Court Date: |
| Client Ref #: | 07-4-S02V |

J & J SPORTS PRODUCTIONS, INC., ET AL       **Plaintiff (s)**
                                             **Petitioner (s)**
-- vs --

CLARISSA VASQUEZ, ET AL                      **Defendant (s)**
                                             **Respondent (s)**

MOUNTAIN SUPPORT SERVICES, INC.
1 TERRACE HILL
ELLENVILLE NY 12428

STATE OF NEW YORK: COUNTY OF SUFFOLK   : SS:

<u>**CURTIS DUNCAN**</u>  , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on <u>November 8, 2007</u> at <u>07:24 PM</u>, at <u>926 COLUMBUS AVENUE, #5N , NEW YORK   NY 10025</u>
deponent served the within   <u>SUMMONS AND COMPLAINT IN A CIVIL ACTION</u>
on <u>**ERIMELDA ALMONTE**</u>  defendant therein named.

**INDIVIDUAL**
[ X ]

By personally delivering to and leaving with said <u>ERIMELDA ALMONTE</u> a true copy thereof,

And that he knew the person so served mentioned and described in said <u>SUMMONS AND COMPLAINT IN A CIVIL ACTION</u>

Defendant was identified by self admission

**CORPORATION**
[   ]

By delivering to and leaving with _____ at _____, and that he knew the person so served to be AUTHORIZED to accept service.

*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON**
[   ]

By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____ the said premise being the defendants / respondents      within the state of New York.

**AFFIXING TO DOOR, ETC.**
[   ]

By affixing a true copy thereof to the door of the said premises, the same being the defendant's     within the State of New York.

**MAILING**
[   ]

Deponent completed service under the last two sections by depositing a true copy of the _____ in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____ to the Above Address

**PREVIOUS ATTEMPTS**
[   ]

Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age <u>35</u>  Approximate weight <u>130</u>  Approximate height <u>5'6"</u>  Sex <u>**Female**</u>
Color of skin <u>**OLIVE**</u>  Color of Hair <u>**BROWN**</u>  Other _____

[ X ] Deponent spoke with Person Served _____ who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

Sworn to before me this 11/09/2007

_____
CURTIS DUNCAN 1212924

_Vincent J. Gillis_

VINCENT J. GILLIS
Notary Public State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 29, 20<u>11</u>

Professional Process Servers LLC
1265 Sunrise Highway, Ste 107, Bay Shore, NY 11706
(631) 647-9470, Fax (631) 647-9468

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,
     Plaintiff,
V.

CLARISSA VASQUEZ and ERIMELDA ALMONTE,
Individually, and as officers, directors, shareholders and/or
principals of MARACAS STEAKHOUSE, INC. d/b/a
MARACAS STEAKHOUSE a/k/a MARACAS
RESTAURANT, and MARACAS STEAKHOUSE, INC.
d/b/a MARACAS STEAKHOUSE a/k/a MARACAS
RESTAURANT,
     Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07 CIV 8856
JUDGE STEIN

TO: (Name and address of Defendant)

ERIMELDA ALMONTE, Individually, and as officers, directors, shareholders and/or principals of MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT
926 Columbus Avenue, #5N
New York, New York 10025  Our File No. 07-4-S02V

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 1 2 2007

CLERK            DATE

(By) DEPUTY CLERK