ECF CASE
JUDGE STEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                        Plaintiff,

   -against-

CLARISSA VASQUEZ and ERIMELDA ALMONTE, Individually, and as officers, directors, shareholders and/or principals of MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT,

and

MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT,

                       Defendants.
-----------------------------------------------------------------

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**
Civil Action No. 07-CV-8856-SHS-KNF
HON. SIDNEY H. STEIN

TO:   J. MICHAEL McMAHON, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

Please enter default of the following Defendants:

ERIMELDA ALMONTE, Individually, and as officers, directors, shareholders and/or principals of MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT, and MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

-2-

Dated: December 24, 2007        LONSTEIN LAW OFFICE, P.C.
       Ellenville, New York

                                                        By: /s/ Julie Cohen Lonstein
                                                        Julie Cohen Lonstein
                                                        Bar Roll No. JL8512
                                                        Attorney for Plaintiff
                                                        1 Terrace Hill; PO Box 351
                                                        Ellenville, NY 12428
                                                        Telephone:  845-647-8500
                                                        Facsimile:   845-647-6277