ECF CASE
JUDGE STEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**
as Broadcast Licensee of the **September 18, 2004
DeLaHoya/Hopkins**, Program.

                                           Plaintiff,

       -against-                **CERTIFICATE OF SERVICE**
                                          Civil Action No. 07-CV-8856-SHS-KNF
                                          HON. SIDNEY H. STEIN

CLARISSA VASQUEZ and ERIMELDA
ALMONTE, Individually, and as officers, directors,
shareholders and/or principals of MARACAS
STEAKHOUSE, INC. d/b/a MARACAS
STEAKHOUSE a/k/a MARACAS
RESTAURANT,

and

MARACAS STEAKHOUSE, INC. d/b/a MARACAS
STEAKHOUSE a/k/a MARACAS RESTAURANT
                                              Defendants
-------------------------------------------------------------

       The undersigned certifies that on the 24th day of December, 2007 your deponent served the following documents by regular mail:

       1) Request for Default
       2) Affidavit in Support of Request for Default
       3) Clerk's Certificate

on the following:

Maracas Steakhouse, Inc.
143 Sherman Ave.
New York, NY 10033

Erimelda Almonte
926 Columbus Ave. #5N
New York NY 10025
New York, NY 10033

                                                      /s/ Julie Cohen Lonstein
                                                      Julie Cohen Lonstein