USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/08

ECF CASE
JUDGE STEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

Plaintiff,

- against -

CLARISSA VASQUEZ and ERIMELDA
ALMONTE, Individually, and as officers,
directors, shareholders and/or principals of
MARACAS STEAKHOUSE, INC. d/b/a
MARACAS STEAKHOUSE a/k/a MARACAS
RESTAURANT,

and

MARACAS STEAKHOUSE, INC. d/b/a
MARACAS STEAKHOUSE a/k/a MARACAS
RESTAURANT,

Defendants.

----------------------------------------------------------------

**ORDER FOR CONTINUANCE**
Civil Action No. 07-CV-8856-SHS-KNF
HON. SIDNEY H. STEIN

Considering the motion of the plaintiff for continuance of the Conference and that

Plaintiff be afforded an opportunity to file its Motion for Default, as no Defendants have

answered or otherwise appeared in this matter, it is hereby:

**ORDERED,** that the January 18, 2008 Conference be continued. *to Feb. 29, 2008, at 9:30a.m.*
*Plt is to make its motion for default*
Dated this 2ⁿᵈ day of January, 2008    *returnable on white for 2/29 at 9:30*
*Plt is to serve this order on defendants.*

HON. SIDNEY H. STEIN
United States District Judge