ECF CASE
JUDGE STEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**
as Broadcast Licensee of the **September 18, 2004
DeLaHoya/Hopkins**, Program.

            Plaintiff,

  -against-

CLARISSA VASQUEZ and ERIMELDA
ALMONTE, Individually, and as officers, directors,
shareholders and/or principals of MARACAS
STEAKHOUSE, INC. d/b/a MARACAS
STEAKHOUSE a/k/a MARACAS
RESTAURANT,

and

MARACAS STEAKHOUSE, INC. d/b/a MARACAS
STEAKHOUSE a/k/a MARACAS RESTAURANT
            Defendants
-------------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No. 07-CV-8856-SHS-KNF
HON. SIDNEY H. STEIN

  The undersigned certifies that on the 7th day of January 2008 your deponent served the following documents by regular mail:

     Order ECF No. 10

on the following:

Maracas Steakhouse, Inc.
143 Sherman Ave.
New York, NY 10033

Erimelda Almonte
926 Columbus Ave. #5N
New York NY 10025

              /s/ Julie Cohen Lonstein
              Julie Cohen Lonstein