**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____X

**J & J SPORTS PRODUCTION, INC., as**
**Broadcast License of the May 5, 2007**
**De La Hoya/Mayweather Program**

                Index No.07 CV 8856

      Plaintiff,      NOTICE OF APPEARANCE

-against-

**CLARISSA VASQUEZ, ET AL.**

      Defendant(s)
_____X
**SIRS:**

  **PLEASE TAKE NOTICE**, that **Nestor Rosado, Esq**., has been retained by the defendants, Clarissa Vasquez, et al., and I hereby demand that all papers and documents be served upon the undersigned at the address indicated below.

Dated:  January 21, 2008
   New York, New York

              _____
              **Nestor Rosado, Esq.**
              **55 Overlook Terrace Suite 1H**
              **New York, New York**
              **(212) 781-4808**
              **(212) 781-5104 (Fax)**

To:  Lonstein Law Office, P.C.
  1 Terrace Hill, P.O. Box 351
  Ellenville, New York 12428