**DISTRICT COURT OF THE UNITED STATES**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Trans. #: | 20072630 |
| Date Filed: | 10/12/2007 |
| Docket/Index #: | 07 CIV 8856 |
| Witness Fee: | $0.00 |
| File: No | Court Date: |
| Client Ref #: | 07-4-S02V |

J & J SPORTS PRODUCTIONS, INC., ET AL     **Plaintiff (s) / Petitioner (s)**

~ vs ~

CLARISSA VASQUEZ, ET AL     **Defendant (s) / Respondent (s)**

MOUNTAIN SUPPORT SERVICES, INC.
1 TERRACE HILL
ELLENVILLE NY 12428

**STATE OF NEW YORK: COUNTY OF SUFFOLK : SS:**

**CURTIS DUNCAN**, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 26, 2007 at 03:05 PM, at 143 SHERMAN AVENUE, NEW YORK NY 10034
deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION
on CLARISSA VASQUEZ defendant therein named.

**INDIVIDUAL**    By personally delivering to and leaving with said _____ a true copy thereof,
And that he knew the person so served mentioned and described in said_____
     Defendant was identified by self admission

**CORPORATION**    By delivering to and leaving with _____ at _____, and that he knew the person so served to be AUTHORIZED to accept service.
     *Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON**    By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____ the said premise being the defendants / respondents    within the state of New York.

**AFFIXING TO DOOR, ETC.** [X]    By affixing a true copy thereof to the door of the said premises, the same being the defendant's dwelling place within the State of New York.
GRAY BUILDING, #143 ON BUILDING

**MAILING** [X]    Deponent completed service under the last two sections by depositing a true copy of the SUMMONS AND COMPLAINT IN A CIVIL ACTION
in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on December 27, 2007 to the Above Address
FIRST CLASS MAIL

**PREVIOUS ATTEMPTS** [yes]    Deponent had previously attempted to serve the above named defendant/respondent.
11/07/2007    11/10/2007    11/12/2007
02:32 PM    07:10 PM    09:03 PM

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age ____ Approximate weight ____ Approximate height ____ Sex ____
Color of skin ____ Color of Hair ____ Other ____

[X]    Deponent spoke with Neighbor who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

Sworn to before me this 12/28/2007

CURTIS DUNCAN 1212924

Robert Gillis
NOTARY PUBLIC State of New York
No. 01GI6083096
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Nov. 12, 20__

Professional Process Servers LLC
1265 Sunrise Highway, Ste 107, Bay Shore, NY 11706
(631) 647-9470, Fax (631) 647-9468

ORIGINAL

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,
                   Plaintiff,
    V.

CLARISSA VASQUEZ and ERIMELDA ALMONTE,
Individually, and as officers, directors, shareholders and/or
principals of MARACAS STEAKHOUSE, INC. d/b/a
MARACAS STEAKHOUSE a/k/a MARACAS
RESTAURANT, and MARACAS STEAKHOUSE, INC.
d/b/a MARACAS STEAKHOUSE a/k/a MARACAS
RESTAURANT,
                   Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**'07 CIV 8856**

**JUDGE STEIN**

TO: (Name and address of Defendant)

CLARISSA VASQUEZ, Individually, and as officers, directors, shareholders and/or principals of MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT
143 Sherman Avenue
New York, New York 10033    Our File No. 07-4-S02V

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

OCT 1 2 2007

J. MICHAEL McMAHON
CLERK                                                  DATE

*Maria Quintero*
(By) DEPUTY CLERK