**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____X

**J & J SPORTS PRODUCTION, INC., as**
**Broadcast License of the May 5, 2007**
**De La Hoya/Mayweather Program**

                                                Index No.07 CV 8856

             **Plaintiff,**             **RULE 7.1 STATEMENT**

**-against-**

**CLARISSA VASQUEZ, ET AL.**

             Defendant(s)
_____X

     **PURSUANT TO RULE 7.1,** of the Local Rules of the U.S. District Court of the Southern of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held:

    There are no corporate parents, subsidiaries, or affiliates of the Defendant, Maracas Steakhouse, Inc..

Dated: January 28, 2008
       New York, New York

                                            _____
                                            Law Office of Nestor Rosado, P.C.
                                            By: Nestor Rosado, Esq.
                                            55 Overlook Terrace Suite 1H
                                            New York, New York 10033
                                            (212) 781-4808