ECF CASE
JUDGE STEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program

                              Plaintiff,        NOTICE OF MOTION FOR
                                                DEFAULT JUDGMENT
     -against-                        Civil Action No. 07-CV-8856-SHS-KNF
                                                 HON. SIDNEY H. STEIN

ERIMELDA ALMONTE, Individually, and as
officer, director, shareholder and/or principal of
MARACAS STEAKHOUSE, INC. d/b/a
MARACAS STEAKHOUSE a/k/a MARACAS
RESTAURANT,

and

MARACAS STEAKHOUSE, INC. d/b/a MARACAS
STEAKHOUSE a/k/a MARACAS RESTAURANT

                              Defendants.
-----------------------------------------------------------

     **PLEASE TAKE NOTICE** that upon the affirmation of Julie Cohen Lonstein, sworn to

on the 6th day of February 2008, in support of said application and the exhibits attached thereto,

Plaintiff will move this Court on **February 29, 2008 at 9:30 am**, for an order granting the entry

of default judgment against the Defendants jointly and severally as follows:

**Against, ERIMELDA ALMONTE, Individually, and as officers, directors, shareholders
and/or principals of MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE
a/k/a MARACAS RESTAURANT**

    1)    under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN
           THOUSAND DOLLARS ($10,000.00)

    2)    and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE
           HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for

       Defendant's willful violation of 605(a)

3)     and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SEVEN HUNDRED SEVENTY ONE DOLLARS AND THIRTY SEVEN CENTS ($771.37)

**Against, MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT**

1)     under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

2)     and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3)     and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SEVEN HUNDRED SEVENTY ONE DOLLARS AND THIRTY SEVEN CENTS ($771.37)

Dated: February 6, 2008
       Ellenville, NY  12428                     LONSTEIN LAW OFFICE, P.C.

                                                        By:  /s/ Julie Cohen Lonstein
                                                             Julie Cohen Lonstein
                                                             Bar Roll No.  JL8521
                                                             Attorney for Plaintiff
                                                             1 Terrace Hill; PO Box 351
                                                             Ellenville, NY 12428
                                                            Telephone:  845-647-8500
                                                           Facsimile:   845-647-6277