ECF CASE
JUDGE STEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                                Plaintiff,

    -against-

CLARISSA VASQUEZ and ERIMELDA
ALMONTE, Individually, and as officers, directors,
shareholders and/or principals of MARACAS
STEAKHOUSE, INC. d/b/a MARACAS
STEAKHOUSE a/k/a MARACAS
RESTAURANT,

and

MARACAS STEAKHOUSE, INC. d/b/a MARACAS
STEAKHOUSE a/k/a MARACAS RESTAURANT

                                Defendants.
-------------------------------------------------------------

**CLERK'S CERTIFICATE**
Civil Action No. 07-CV-8856-SHS-KNF
HON. SIDNEY H. STEIN

      I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicates that the Defendants, ERIMELDA ALMONTE, Individually, and as officers, directors, shareholders and/or principals of MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT, was served with a copy of the Complaint and Summons on November 8, 2007 and MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT was served with a copy of the Complaint and Summons on November 6, 2007.

      I further certify that the docket entries indicate that ERIMELDA ALMONTE, Individually, and as officers, directors, shareholders and/or principals of MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT, and MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS

RESTAURANT , have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated:           , New York

Dec 26, 2007

J. MICHAEL McMAHON
Clerk

By: _____
Deputy Clerk