ECF CASE
JUDGE STEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

Plaintiff,

-against-

ERIMELDA ALMONTE, Individually, and as
officer, director, shareholder and/or principal of
MARACAS STEAKHOUSE, INC. d/b/a
MARACAS STEAKHOUSE a/k/a MARACAS
RESTAURANT,

and

MARACAS STEAKHOUSE, INC. d/b/a MARACAS
STEAKHOUSE a/k/a MARACAS RESTAURANT

Defendants.

-------------------------------------------------------------

**ATTORNEY'S AFFIDAVIT OF COSTS
AND FEES**
Civil Action No. 07-CV-8856-SHS-KNF
HON. SIDNEY H. STEIN

STATE OF NEW YORK :
                 : SS.:
COUNTY OF ULSTER  :

         JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

         1.       That I am the attorney for Plaintiff, J & J Sports Productions, Inc., in the above

referenced matter and I am admitted to practice in this Court.  I am fully familiar with all the

facts, circumstances and proceedings heretofore had herein.

         2.       I make this affidavit in support of Plaintiff's motion for default judgment and

damages, costs and fees.

         3.       Plaintiff's litigation expenses as associated with the formation, pleading and filing

of the above captioned matter are as outlined below:

a.    Filing Fees -   $350.00

b.    Service of Process - $200.00
      Attached hereto as Exhibit "A," please find invoice from Signal Auditing,
      Inc., reflecting the cost of service upon the Defendants.

c.    Attorneys Fees - $992.75
      See below

Total Litigation Expenses ..............................($1,542.75)

4.    Attorney fees at $200.00 per hour for attorney time spent and $75.00 for paralegal

time spent are as follows:

| Date | Action | (in hours) | Fee | |
|------|--------|-----------|-----|---|
| 06/18/2007 | Factual research and development | .50 | $100.00 | Atty |
| 06/20/2007 | Claim Letter issued | .25 | $18.75 | Para |
| 06/28/2007 | TC from Defendant's Atty | .12 | $25.00 | Atty |
| 07/02/2007 | Demand Letter Issued | .25 | $18.75 | Para |
| 07/10/2007 | TC from Defendant's Atty | .13 | $25.00 | Atty |
| 07/20/2007 | TC to Defendant's Atty | .12 | $25.00 | Atty |
| 09/25/2007 | TC from Defendant's Atty | .13 | $25.00 | Atty |
| 10/10/2007 | Complaint drafted, Corporate disclosure | .50 | $300.00 | Atty |
| 10/10/2007 | Complaint sent to Court for Filing | .25 | $18.75 | Para |
| 11/01/2007 | Arranged Service | .25 | $18.75 | Para |
| 12/04/2007 | TC to Defendant's Atty | .12 | $25.00 | Atty |
| 12/12/2007 | Motion to Continue | .25 | $50.00 | Atty |
| 12/12/2007 | Filed and Mailed Mtn | .25 | $18.75 | Para |
| 12/13/2007 | Review Memo endorsement | .13 | $25.00 | Atty |
| 12/14/2007 | Review Service | .12 | $25.00 | Atty |

| | | | | |
|---|---|---|---|---|
| 12/14/2007 | Filed and mailed Proofs of Service | .25 | $18.75 | Para |
| 12/24/2007 | Drafting Request for Default | .50 | $100.00 | Atty |
| 12/24/2007 | Filed and mailed Request For Default | .50 | $37.50 | Para |
| 12/28/2007 | Review Clerk's Certificate | .13 | $25.00 | Atty |
| 12/31/2007 | Mtn to Continue | .25 | $50.00 | Atty |
| 12/31/2007 | Filed and mailed Mtn | .25 | $18.75 | Para |
| 01/03/2008 | Review Order | .12 | $25.00 | Atty |
| 01/07/2008 | Sent Ltr with Order to Defendants | .25 | $18.75 | Para |
| 02/06/2008 | Drafted Motion for Default | 1.0 | $200.00 | Atty |

|  |  | **Hours** | **Fee** |
|---|---|---|---|
|  |  | **4.12 Atty** | **$824** |
|  |  | **2.25 Para** | **$168.75** |
| | **Total** | | **$992.75** |

5.    As part of its factual research, Plaintiff's Counsel conducted a search of the New York State Division of Alcoholic Beverage Control, State Liquor Authority. The results show that Erimelda Almonte is Principal of Maracas Steakhouse, Inc.. The Public Query Results page is attached hereto as Exhibit "B".

6.    We respectfully request that judgment be entered in favor of Plaintiff and against the Defendants in the manner stated herein.

**WHEREFORE,** your deponent respectfully requests that this Court in its discretion grant judgment by default under 605(a) on COUNT I of the Plaintiff's complaint against the Defendants jointly and severally as follows:

**Against, ERIMELDA ALMONTE, Individually, and as officers, directors, shareholders and/or principals of MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a MARACAS RESTAURANT**

1)    under 605(e)(3)(C)(i)(II) a  sum *in the discretion of the Court*, of up to TEN

THOUSAND DOLLARS ($10,000.00)

2)    and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE
       HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for
       Defendant's willful violation of 605(a)

3)    and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees
       of SEVEN HUNDRED SEVENTY ONE DOLLARS AND THIRTY SEVEN
       CENTS ($771.37)

**Against, MARACAS STEAKHOUSE, INC. d/b/a MARACAS STEAKHOUSE a/k/a
MARACAS RESTAURANT**

1)    under 605(e)(3)(C)(i)(II) a  sum *in the discretion of the Court*, of up to TEN
       THOUSAND DOLLARS ($10,000.00)

2)    and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE
       HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for
       Defendant's willful violation of 605(a)

3)    and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees
       of SEVEN HUNDRED SEVENTY ONE DOLLARS AND THIRTY SEVEN
       CENTS ($771.37)

Dated: February 6, 2008
        Ellenville, NY 12428                                /s/ Julie Cohen Lonstein
                                                             Julie Cohen Lonstein, Esq.
                                                             Bar Roll No. JL8512
                                                             Lonstein Law Office, P.C.
                                                             Attorneys for Plaintiff
                                                             1 Terrace Hill; PO Box 351
                                                             Ellenville, NY 12428
                                                             Telephone: 845-647-8500
Sworn to before me this 6th                                Facsimile:  845-647-6277
day of February 2008

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration  No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*

Exhibit A

# Invoice

Mountain Support Services

1 Terrace Hill
P.O. Box 615
Ellenville, NY 12428

| Date | Invoice # |
|------|-----------|
| 11/26/2007 | 1165 |

| Bill To |
|---------|
| Lonstein Law Office, PC
Wayne D Lonstein
1 Terrace Hill
P.O. Box 351
Ellenville, NY 12428 |

| Description | Amount |
|-------------|--------|
| INDIVIDUAL SERVICE
J&J v. ERIMELDA ALMONTE
YOUR FILE #07-4-S02V
CV #07-8856 | 100.00 |
| **Total** | $100.00 |

Mountain Support Services

# Invoice

1 Terrace Hill
P.O. Box 615
Ellenville, NY 12428

| Date | Invoice # |
|------|-----------|
| 11/14/2007 | 1154 |

| Bill To |
|---------|
| Lonstein Law Office, PC<br>Wayne D Lonstein<br>1 Terrace Hill<br>P.O. Box 351<br>Ellenville, NY 12428 |

| Description | Amount |
|-------------|--------|
| CORPORATE SERVICE ON SECRETARY OF STATE<br>J&J v. MARACAS STEAKHOUSE, INC<br>YOUR FILE #07-4-S02V<br>CV#07-8856 | 100.00 |
| **Total** | $100.00 |

Exhibit B



| | | |
|---|---|---|
| Eliot Spitzer<br>Governor | **Division of Alcoholic Beverage Control<br>State Liquor Authority**<br>Noreen Healey<br>Commissioner          Joshua B. Toas<br>CEO | Daniel B. Boyle<br>Chairman |

Home

Office Directory

Licensing
Information

Online Licensing

Forms Download

**Public License
Query**

Wholesale

Full Board
Calendar

500 Foot Hearings

Press Office

Enforcement

Training
Information

FAQs

ABC Law

Mission Statement

Privacy

Security

Help

## Public Query - Results

### License Information

**Serial Number:** 1190294

**License Type:** ON-PREMISES LIQUOR

**License Status:** Pending

**Credit Group:** 4

**Filing Date:** 03/19/2007

**Effective Date:**

**Expiration Date:**

### Premises Information

**Principal's Name:** MASQUEZ, CLARISSA M.
ALMONTE, ERIMELDA

**Premises Name:** MARACAS STEAKHOUSE, INC.

**Trade Name:**

**Zone:** 1

**Address:** 143 SHERMAN AVENUE
ACADEMY ST. & 204TH ST.
NEW YORK, NY 10034

**County:** NEW YORK

---

You can select one of the following links to perform another search:

- **Search by Name**
- **Search by License Number**
- **Search by Location**
- **Search by Principal**