ECF CASE
JUDGE STEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
                Plaintiff,

  -against-

ERIMELDA ALMONTE, Individually, and as
officer, director, shareholder and/or principal of
MARACAS STEAKHOUSE, INC. d/b/a
MARACAS STEAKHOUSE a/k/a MARACAS
RESTAURANT,

and

MARACAS STEAKHOUSE, INC. d/b/a MARACAS
STEAKHOUSE a/k/a MARACAS RESTAURANT
                Defendants
-----------------------------------------------------------

**STATEMENT FOR JUDGMENT**
Civil Action No. 07-CV-8856-SHS-KNF
HON. SIDNEY H. STEIN

**Principal Amount**..................................................................................$ 110,000.00

**Costs:**

    Filing Fees (per Defendant)..........................................................$ 175.00

    Process Server (per Defendant)....................................................$ 100.00

    Attorney's Fee (per Defendant)....................................................$ 496.37

**TOTAL (Per Defendant)**..........................................................................$ 110,771.37

*** BETWEEN $10, 000 - $110, 000 IN THE DISCRETION OF THE COURT***

LONSTEIN LAW OFFICE, P.C.

By:   /s/  Julie Cohen Lonstein
       Julie Cohen Lonstein
       Bar Roll No. JL8521
       Attorney for Plaintiff
       1 Terrace Hill; PO Box 351
       Ellenville, NY 12428
       Telephone:  845-647-8500
       Facsimile:   845-647-6277