ECF CASE
JUDGE STEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program

                Plaintiff,

  -against-                             **CERTIFICATE OF SERVICE**
                                                  Civil Action No. 07-CV-8856-SHS-KNF
ERIMELDA ALMONTE, Individually, and as    HON. SIDNEY H. STEIN
officer, director, shareholder and/or principal of
MARACAS STEAKHOUSE, INC. d/b/a
MARACAS STEAKHOUSE a/k/a MARACAS
RESTAURANT,

and

MARACAS STEAKHOUSE, INC. d/b/a MARACAS
STEAKHOUSE a/k/a MARACAS RESTAURANT
                Defendants
-----------------------------------------------------------------

      The undersigned certifies that on the 7th day of February 2008, your deponent served the following documents by Certified Mail Return Receipt Requested:

    Notice of Motion for Default
    Default Judgment
    Attorney Affidavit of Cost and Fees
    Plaintiff's Affidavit
    Memorandum of Law
    Statement for Judgment
    Rule 54b Statement
    Clerk Certificate of Default
    Certificate of Service

on the following:
Maracas Steakhouse, Inc.
143 Sherman Ave.
New York, NY 10033

Erimelda Almonte
926 Columbus Ave. #5N
New York NY 10025                            /s/ Julie Cohen Lonstein
                                                       Julie Cohen Lonstein