February 26, 2008

To: Hon. Judge Stein

From: Nestor Rosado, Esq.

Re: J & J Sports Productions, Inc. v. Maracas Restaurant, Vasquez, et al
    Civil Action No: 07-CV-8856

Dear Hon. Judge Stein:

The above referenced matter is scheduled for a conference on February 29, 2008. I was retained by the defendants on January 28, 2008 and I filed an answer on this date.

I spoke to Nicholas R. Cartagena, Esq., from the Lonstein Law Office and he indicated that he had no objection to re-scheduling the conference for February 29, 2008. We are in the process of negotiating a settlement, but my client is presently out of the country.

Thank you for your attention and cooperation in this matter.

Sincerely,


Nestor Rosado, Esq.