

## LAW OFFICE OF
## Nestor Rosado, P.C.
ATTORNEY AND COUNSELOR AT LAW

55 Overlook Terr. Suite 1H (Cor. of W.187 St.)) New York, NY 10033
Tel. 212.781.4808 • 212.781.4813 • Fax 212.781.5104 • Cel. 917.681.0922

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/3/08

RECEIVED
FEB 27 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

February 26, 2008

To: Hon. Judge Stein

From: Nestor Rosado, Esq.

Re: J & J Sports Productions, Inc. v. Maracas Restaurant, Vasquez, et al
Civil Action No: 07-CV-8856

Dear Hon. Judge Stein:

The above referenced matter is scheduled for a conference on February 29, 2008. I was retained by the defendants on January 28, 2008 and I filed an answer on this date.

I spoke to Nicholas R. Cartagena, Esq., from the Lonstein Law Office and he indicated that he had no objection to re-scheduling the conference for February 29, 2008. We are in the process of negotiating a settlement, but my client is presently out of the country.

Thank you for your attention and cooperation in this matter.

Sincerely,

Nestor Rosado, Esq.

---

*February 27, 2008*

(1) Defs. having filed an "Answer + Defenses" on January 28, 2008, plt's Motion for Default filed on Feb 7, 2008 [Dkt No 16] is denied.

(2) The pretrial conf. scheduled for 2/29/08 is adjourned until March 28 at 10 A.M. If the action is not discontinued prior to March 28, counsel for all parties must appear in Ctrm 23A at 10AM. No adjournments.

So ordered.
Sidney H. Stein
U.S.D.J.