ECF CASE
JUDGE STEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
       Plaintiff,

 -against-

CLARISSA VASQUEZ and ERIMELDA
ALMONTE, Individually, and as officers, directors,
shareholders and/or principals of MARACAS
STEAKHOUSE, INC. d/b/a MARACAS
STEAKHOUSE a/k/a MARACAS RESTAURANT,

and

MARACAS STEAKHOUSE, INC. d/b/a MARACAS
STEAKHOUSE a/k/a MARACAS RESTAURANT
       Defendants.
-----------------------------------------------------------------

**STIPULATION OF DISMISSAL**
Civil Action No. 07-CV-8856-SHS-KNF
HON. SIDNEY H. STEIN

  It is hereby stipulated and agreed to by and between the parties herein that the above entitled action is hereby dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: April 16, 2008

/s/   Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
Bar Roll No. JL8521
Lonstein Law Office, P. C.
1 Terrace Hill:  PO Box 351
Ellenville, NY 12428
Telephone:  845-647-8500
Facsimile:   845-647-6277

/s/   Nestor Rosado
Nestor Rosado, Esq.
Bar Roll No. NR2198
Law Office of Nestor Rosado, P.C.
55 Overlook Terrace, Suite 1H
New York, NY 10033
Telephone: (212)781-4808
Facsimile:  (212)781-5104

SO ORDERED this _____day of _____, 2008

_____
HON. SIDNEY H. STEIN
United States District Judge