USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

ECF CASE
JUDGE STEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
      Plaintiff,

  -against-

CLARISSA VASQUEZ and ERIMELDA
ALMONTE, Individually, and as officers, directors,
shareholders and/or principals of MARACAS
STEAKHOUSE, INC. d/b/a MARACAS
STEAKHOUSE a/k/a MARACAS RESTAURANT,

and

MARACAS STEAKHOUSE, INC. d/b/a MARACAS
STEAKHOUSE a/k/a MARACAS RESTAURANT
      Defendants.
-----------------------------------------------------------------

**STIPULATION OF DISMISSAL**
Civil Action No. 07-CV-8856-SHS-KNF
HON. SIDNEY H. STEIN

  It is hereby stipulated and agreed to by and between the parties herein that the above entitled action is hereby dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: April 16, 2008

| | |
|---|---|
| /s/ Julie Cohen Lonstein | /s/ Nestor Rosado |
| Julie Cohen Lonstein, Esq. | Nestor Rosado, Esq. |
| Bar Roll No. JL8521 | Bar Roll No. NR2198 |
| Lonstein Law Office, P. C. | Law Office of Nestor Rosado, P.C. |
| 1 Terrace Hill: PO Box 351 | 55 Overlook Terrace, Suite 1H |
| Ellenville, NY 12428 | New York, NY 10033 |
| Telephone: 845-647-8500 | Telephone: (212)781-4808 |
| Facsimile: 845-647-6277 | Facsimile: (212)781-5104 |

SO ORDERED this 16th day of April, 2008

/s/ Sidney H. Stein
HON. SIDNEY H. STEIN
United States District Judge